I UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    **ORDER**
                                      Criminal File No. 15-344 (MJD/JJK)

(1) MARK JAMES HANSON,

      Defendant.

Carol M. Kayser and Angela M. Munoz-Kaphing, Assistant United States Attorneys, Counsel for Plaintiff.

James R. Behrenbrinker, Behrenbrinker Law Firm, Counsel for Defendant.

This matter is set for a jury trial starting March 9, 2016. The parties have informed the Court that they wish to proceed by bench trial.

Pursuant to Federal Rule of Criminal Procedure 23(a), "If the defendant is entitled to a jury trial, the trial must be by jury unless: (1) the defendant waives a jury trial in writing; (2) the government consents; and (3) the court approves."

Therefore, **IT IS HEREBY ORDERED**:

1. If Defendant Mark James Hanson still wishes to proceed by bench trial and the Government consents, the parties shall file a written waiver by Friday, February 26, 2016. The waiver must be

signed by Defendant, his attorney, and the Government; state that Defendant has been fully informed of his right to a trial by jury and is waiving that right; and state that the Government consents to the bench trial.

2. The Court will hold a hearing on March 9, 2016 at 9:00 a.m. to determine if Defendant has knowingly and voluntarily waived his right to a jury trial and to determine if the Court will approve that waiver.

3. If the Court approves Defendant's waiver, a bench trial will commence immediately after the hearing on March 9, 2016.

Dated:  February 24, 2016               s/ Michael J. Davis
                                        Michael J. Davis
                                        United States District Court