# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    **ORDER**
                                      Criminal File No. 15-344 (MJD/JJK)

(1) MARK JAMES HANSON,

       Defendant.

Carol M. Kayser and Angela M. Munoz-Kaphing, Assistant United States Attorneys, Counsel for Plaintiff.

James R. Behrenbrinker, Behrenbrinker Law Firm, Counsel for Defendant.

On February 26, 2016, Defendant Mark James Hanson filed a written waiver, signed by Defendant and his attorney, stating that Defendant had been fully informed of his right to a trial by jury, knowingly and voluntarily waived that right, and desired to proceed by bench trial. [Docket No. 47] On March 3, 2016, the Government filed a written document, signed by the Government, stating that the Government waived its right to a jury trial and agreed to proceed by bench trial before the undersigned Judge. [Docket No. 49] On March 9, 2016, the Court, Defendant's attorney, and the Government questioned Defendant

1

under oath regarding his right to a jury trial and his decision to waive that right and proceed by bench trial before the undersigned Judge.  The Court is satisfied that Defendant has given a knowing and voluntary waiver of his right to a jury trial.

Therefore, **IT IS HEREBY ORDERED**:

The Court approves Defendant's waiver and a bench trial will commence before the undersigned Judge on March 9, 2016.

Dated:  March 9, 2016               s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court